

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Gregoire Charles

_____
(Name of the plaintiff or plaintiffs)

v.

Loyola University Health System
_____
(Name of the defendant or defendants)

CIVIL ACTION

11-cv-08314
Judge Joan B. Gottschall
Magistrate Judge Morton Denlow

**RECEIVED NOV 21 2011 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Gregoire Charles of the county of Cook in the state of Illinois.
3. The defendant is Loyola University Health System, whose street address is 2160 South 1st Ave. #1700,
(city) Maywood (county) Cook (state) IL (ZIP) 60153
(Defendant's telephone number) (708)-216-9000

II The plaintiff sought employment or was employed by the defendant at (street address) _____ (city) _____
(county) _____ (state) _____ (ZIP code) _____

5. The plaintiff [*check one box*]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☐ was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 12, (day) 18, (year) 2010.

7.1 **(Choose paragraph 7.1 or 7.2, do NOT complete both.)**

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

    ☒ has not ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) __3__ (day) __20__ (year) __2011__.

    (ii) ☒ the Illinois Department of Human Rights, on or about (month) __3__ (day) __20__ (year) __2011__.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☐ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**
It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month) _____ (day) _____ (year) _____
    ☒ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month) __6__ (day) __23__ (year) __2011__.

c. Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☒ YES ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision
    ☒ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 8 (day) 23 (year) 2010 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a) ☐ Age (Age Discrimination Employment Act).
    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ failed to stop harassment;
    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☐ other (specify): _____

    _____
    _____
    _____
    _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Doctors Letters, Legal Counsel

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.
(b) ☐ Direct the defendant to re-employ the plaintiff.
(c) ☐ Direct the defendant to promote the plaintiff.
(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
(f) ☐ Direct the defendant to (specify): _____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_[signature]_
Plaintiff's signature

Gregoire Charles
Plaintiff's name

Plaintiff's street address  5116 Tomcin Trail

City Oak Lawn   State IL   ZIP 60453

Plaintiff's telephone number 708-649-4251

Date: 11-29/ 2011

EEOC Form 161-B (11/09)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Gregoire Charles<br>5116 Tomcin Trail<br>Oak Lawn, IL 60453 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative<br>**Armernola P. Smith,**<br>**State & Local Coordinator** | Telephone No. |
|---|---|---|
| 21B-2011-01451 | | (312) 869-8082 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/mjh*        August 23, 2011

John P. Rowe,             (Date Mailed)
District Director

Enclosures(s)

cc:   **LOYOLA UNIV HEALTH SYSTEM**
      2160 S First Ave
      Maywood, IL 60153

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#11M0125.12 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2011CF2942 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Mr. Gregoire Charles | TELEPHONE NUMBER (include area code)<br>(708) 699-4251 | |
|---|---|---|
| STREET ADDRESS<br>5116 Tomin Trail | CITY, STATE AND ZIP CODE<br>Oak Lawn, Illinois 60453 | DATE OF BIRTH<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>Loyola University Health System | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(708) 216-9410 |
|---|---|---|
| STREET ADDRESS<br>2160 S. First Avenue | CITY, STATE AND ZIP CODE<br>Maywood, Illinois 60153 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Disability   Race   Sex | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>/        1/10/11<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS

FAILURE TO REASONABLE ACCOMMODATE – OCTOBER, 2010, BECAUSE OF MY PHYSICAL DISABILITY, HYPERTENSION

B. PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined by the Illinois Human Rights Act.

2. Respondent was aware of my disability.

3. In October 2010, Ken Markwell, (disability unknown), Director failed to honor my accommodation request consisting of allowing me frequent bathroom breaks. No reason was given.

Page 1 of 3

Dept. of Human Rights
MAY 0 6 2011
Unsigned Case Unit
Intake Unit

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 29th DAY OF April, 2011<br><br>NOTARY SIGNATURE |
|---|---|
| "OFFICIAL SEAL"<br>Joyce L Parker<br>Notary Public, State of Illinois<br>Commission Expires 4/29/2012<br><br>NOTARY STAMP | X _____ 4/29/2011<br>SIGNATURE OF COMPLAINANT / DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

Charge Number:
Complainant: Gregoire Charles
Page 3 of 3

IV. A. ISSUE/BASIS
DISCHARGE – JANUARY 10, 2011, BECAUSE OF MY RACE, BLACKs

B. PRIMA FACIE ALLEGATIONS
1. My race is black.

2. My job performance as informatics associate met Respondent's expectations. I was hired on September 27, 2010.

3. On January 10, 2011, I was discharged by Ken Markwell, (white), Director. The reason given was my performance.

4. Similarly situated white employees whose job performance was comparable to mine were not discharged.

V. A. ISSUE/BASIS
DISCHARGE – JANUARY 10, 2011, BECAUSE OF MY PHYSICAL DISABILITY, HYPERTENSION

B. PRIMA FACIE ALLEGATIONS
1. I am an individual with disability as defined by the Illinois Human Rights Act.

2. Respondent was aware of my disability.

3. My job performance as informatics associate met Respondent's expectations. I was hired on September 27, 2010.

4. On January 10, 2011, I was discharged by Ken Markwell, (no known disability), Director. The reason given was my performance.

5. My condition is unrelated to my ability to perform my job with a Reasonable accommodation.

MFP/dmw

4440 West 95th Street
Oak Lawn, Illinois 60453
Telephone 708.684.4393

 Advocate Christ Medical Group

**Adult Medicine Center**

To whom it may concern

It is stated that Mr Charles, Gregorie; DOB 02/11/1968 is under care of Adult Medicine Clinic at Advocate Christ Medical Center since 08/17/09. He was started on Hydrochlorothiazide 25 mg on 10/18/10 for his hypertension. This medication can cause frequent urination.

Thanks
Dr Irshad, Abida
PGY2 (ACMC) Resident
Pg # 2106.
Dr Stavinga, Ronald.

Ronald Stavinga, MD
Pgr 2949

Related to the Evangelical Lutheran Church in America and the United Church of Christ

Recipient of the Magnet award for excellence in nursing services by the American Nurses Credentialing Center

01-8057



| | | | |
|---|---|---|---|
| Gregoire (MR # 1296973) | | | Encounter Date: 10/1! |
| nt Instructions | | | Gregoire Charles (MR# 12 |
| t Instructions Info | | | |
| uthor | Note Status | Last Update User | Last Update Date/Time |
| orraine Fearon Np, APN | Signed | Lorraine Fearon Np, APN | 10/15/10 01:58 PM |

tient Instructions



**LOYOLA MEDICINE**
*We also treat the human spirit.*

**Occupational Health Services**
**Phone:** 708/531-7900
**Fax:** 708/531-5201

## Work Status for Non Work Related Injuries/Illnesses

Date: 10/15/2010
Patient Name: Gregoire Charles
Provider: Lorraine Fearon, A.P.N.
DOB: 2/11/1968
Employer: Loyola
Job Title: Health Informatics Assoc
Department: Pax

Diagnosis: **Rash (782.1R)**
1.

E - EST PT OFFICE VISIT FOCUSED (FC)

Patient may return to work without restrictions Immediately

Your next appointment is with Lorraine Fearon ^ P.N. - Tu